

# Fourth Court of Appeals
## San Antonio, Texas

July 11, 2018

No. 04-17-00704-CV

Russell J.G. **AMSBERRY**,
Appellant

v.

Alejandra **SALAZAR**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-17196
Honorable Angelica Jimenez, Judge Presiding

## O R D E R

Appellant has filed a motion for extension of time to file his reply brief. Appellant's motion is GRANTED. Appellant's reply brief is due July 30, 2018. NO FURTHER EXTENSIONS WILL BE GRANTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court